RECEIVED
IN CLERK'S OFFICE
APR - 5 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SHAWNELIAS BURGESS,            CASE NO. 3:2009-CV-00708

             Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.

             Defendant.

*[Handwritten annotation: ORDER — This motion is DENIED. Will [signature] 4-6-10]*

## MOTION TO REFER THE CASE TO A MAGISTRATE JUDGE

COMES NOW Shawnellias Burgess, Plaintiff acting on his own behalf, humbly requests that the Court refer the case to a Magistrate Judge pursuant to 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure for decision on all pretrial, nondispositive motions; and a report and recommendation on any dispositive motions. In addition, the Magistrate Judge will set a target trial date. The Plaintiff offers the following in support:

1. A trial date has not been set.
2. This case was removed to this Court in July of 2009. It is fast approaching a year and many matters involving this case remain unresolved.
3. A dispositive motion was made in December 2009 and has not been ruled on.
4. In the interest of fairness to the parties involved.

Wherefore, the Plaintiff requests that the Court approve his Motion to Refer the Case to a Magistrate Judge.

*[signature]*
Shawnellias Burgess – Pro Se
600 Whispering Hills Drive, B6
Nashville, TN 37211
615-775-5362

## CERTIFICATE OF SERVICE

I hearby certify that on this 2nd day of April, 2010, a copy of the MOTION TO REFER THE CASE TO A MAGISTRATE JUDGE was mailed by first-class U.S. Mail to:

R. Dale Bay
Lewis, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee 37219

*[signature]*
Shawnellias Burgess – Pro Se