IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWNELLIAS BURGESS, | ) |
| Plaintiff, | ) NO. 3:09-0708 |
| | ) JUDGE HAYNES |
| v. | ) |
| CAPITAL ONE BANK (USA), N.A., | ) |
| Defendant. | ) |

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motions for summary judgment (Docket Entry Nos. 26, 50) are **DENIED** and Defendant's motion for summary judgment (Docket Entry No. 61) is **GRANTED**. The Defendant is **AWARDED** judgment in the Plaintiff's outstanding balance of his credit card account as well as the Defendant's costs and attorney fees incurred in this action.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___30___ day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge